JUNE 29, 1970

No. 1371. READER'S DIGEST ASSN., INC. v. MAHIN, DIRECTOR OF REVENUE OF ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

No. 1670, Misc. MEARS v. HOCKER, WARDEN, ET AL. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1310, Misc. LEE v. FAULKNER, SHERIFF. Appeal from Ct. Crim. App. Okla. dismissed for want of substantial federal question.

No. 1889, Misc. BETTENCOURT v. CALIFORNIA. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of substantial federal question.